In the Matter of the Final Judicial Settlement of the Accounts of Jeremiah Keck, as Executor, etc., of Edward Ecker, Deceased. Hamilton Ecker, Appellant, Respondent; Jeremiah Keck, as Executor, etc., and Others, Respondents, Appellants.— Decree unanimously affirmed, without costs.

Bartholomew H. McNally, Respondent, v. United Traction Company Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of Mary O. Vanderlyn, Appellant, for an Order Correcting the Judgment Docket of the County of Sullivan with Reference to a Judgment in Favor of Max Kaplan, Respondent, Plaintiff, against Sarah Nimkoff and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

James K. Nichols, as Trustee in Bankruptcy of Star Electric Company, Bankrupt, Appellant, v. Albert L. Willey, Respondent.— Judgment and order affirmed, with costs. All concurred.

Benjamin F. Oppenheim and Gustave L. Oppenheim, Appellants, v. Michael Borek, Respondent.—Judgment unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Alfred Nelson, Appellant.— Judgment of conviction affirmed. All concurred.

The People of the State of New York, Respondent, v. Frank M. Boyce, Jr., Appellant.— Judgment of conviction affirmed. All concurred, except Howard, J., dissenting.

Emily Shepard, Respondent, v. Ezra McDougall, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

The Sacred Heart Roman Catholic Church, Appellant, v. Frederick Vedder and Others, Respondents.— Motion to open default granted, and motion to dismiss appeal denied on condition that within thirty days the appellant pay to the respondent ten dollars costs and serve the necessary printed papers, together with a stipulation consenting to the argument of the case at the next term of this court.

Joseph W. Texter, Respondent, v. United Traction Company, Appellant.— Order and judgment unanimously affirmed, with costs.

Armond E. Wheaton, Appellant, v. George Griffin, Respondent.— Judgment reversed and new trial granted with costs to appellant to abide event, upon the ground that the reversal of the order amending the decision and judgment in the case of *Griffin* v. *Wheaton* (*ante*, p. 906) was not warranted by the findings. All concurred.

Ernest Wickham, Appellant, v. United Traction Company, Respondent. — Judgment and order unanimously affirmed, with costs.

Teddy Young, Respondent, v. Harvey Leamon, Appellant.— Judgment and order unanimously affirmed, with costs.